# VERDICT FORM

We the jury find:

1a.    Was defendant James Decou negligent in one or more of the ways plaintiffs claim?

      **ANSWER:**   Yes   ✓                  No _____

      **Instruction:**  Go to Question 1b.

1b.    Was defendant James Decou's negligence a cause of damages to the plaintiffs?

      **ANSWER:**   Yes   ✓                  No _____

      **Instruction:**  Go to Question 2a.

2a.    Was Peter Barnes negligent in one or more of the ways claimed?

      **ANSWER:**   Yes   ✓                  No _____

      **Instruction:**  Go to Question 2b.

2b.    Was Peter Barnes's negligence a cause of damages to the plaintiffs?

      **ANSWER:**   Yes   ✓                  No _____

      **Instruction:**  Go to Question 3a.

3a.    Was Jonathan Hogaboom negligent in one or more of the ways plaintiffs claim?

      **ANSWER:**   Yes   ✓                  No _____

      **Instruction:**  If you answered "yes," go to Question 3b.
                             If you answered "no," go to Question 5.

**3b.**    Was Jonathan Hogaboom's negligence a cause of damages to the plaintiffs?

**ANSWER:**    Yes _√_        No _____

**Instruction:**    If you answered "yes," go to Question 4.
If you answered "no," go to Question 5.

**4.**    Were Jonathan Hogaboom and either of James Decou or Peter Barnes acting in

concert with one another and therefore jointly liable for plaintiffs' damages?

**ANSWER:**    Yes _√_        No _____

**Instruction:**    If you answered "yes," go to Question 6.
If you answered "no," go to Question 5.

**5.**    What is the percentage of the defendants' negligence that caused damage to

plaintiffs?

**ANSWER:**

James Decou:                    _____%
Peter Barnes:                   _____%
Jonathan Hogaboom:              _____%

(The percentages must total 100%).

**Instruction:**    Go to Question 6.

**6.**    What are Plaintiff Matthew Allison's damages?

**ANSWER:**

Economic Damages:        $ ~~*********~~ $600,000 (Six Hundred Thousand)
Noneconomic Damages:     $ 7,000,000 (Seven million)

**Instruction:**    Go to Question 7.

Page 2    **VERDICT FORM**

7.      What are Plaintiff the Estate of Sara E. Allison's damages?

        **ANSWER:**

        Economic Damages:            $ 2,383,463 (Two million...)
        Noneconomic Damages:       $ 10,000,000 (Ten million)

        **Instruction:** Go to Question 8.

8.      Did James Decou show a reckless and outrageous indifference to a highly unreasonable risk of harm and with a conscious indifference to the health, safety and welfare of others?

        **ANSWER:**   Yes ___✓___           No _____

9.      Did Jonathan Hogaboom show a reckless and outrageous indifference to a highly unreasonable risk of harm and with a conscious indifference to the health, safety and welfare of others?

        **ANSWER:**   Yes ＼___           No _____

10.     What amount of punitive damages do you award against defendants Smoot and DeCou?

        Amount: $ 1,500,000 (one million, five Hundred Thousand)

11.     What amount of punitive damages, if any, do you award against defendants Horizon and Hogaboom?

        Amount: $ 5,000,000 (five million)

DATED: _May 10_____, 2019.

Page 3   **VERDICT FORM**